IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case NO. _____

CARLOS RODRIGUEZ,

    Petitioner,

v.

HON. JOSE E. MARTINEZ, United
States District Court Judge,
Southern District of Florida,

    Respondent.

16cv23908-JEM

FILED by MD D.C.
SEP 13 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## PETITION FOR WRIT OF MANDAMUS

### Certificate of Interested Persons and Corporate Disclosure Statement

Petitioner Carlos Rodriguez, pro se, and pursuant to 11th Circuit Rule 26.1-1, hereby submits the following list of all trial judges(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have any interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the partys stock, and other identifiable legal entities related to a party:

Acosta, R. Alexander

Anderson, Rhonda

Antoine, Robert

AXA Equitable Life Insurance Company (AXA)

Bandstra, Hon. Ted E.

Beeler, Joseph Wentworth

Bergendahl, John E.

Brown, Hon. Stephen T.

cat / div \_\_1540/Miami-Dade\_\_
Case # _____
Judge _____ Mag _____
Motn Ifp _NO_  Fee pd $ _NO_
Receipt # _____

C-1

Calli, Paul A.

Cinergy Telecommunications, Inc. (CIN)

Cooke, Hon. Marcia G.

Cruz, Washington Vasconez

Dansoh, Richard

Diaz, Richard

Donlan, Maureen

Dube, Hon. Robert

Duperval, Jean

Esquenazi, Joel

Fagan, Aurora

Ferrer, Wilfredo A.

Fisher, Ivan S.

Garber, Hon. Barry L.

Gerrity, Kevin B.

Goodman, Hon. Jonathan

Grandison, Marguerite

Greenberg, Jake

Grove, Daren

Hernandez, Arturo V.

Hirshorn, Joel

Joffe, David J.

Jorgensen, Lauren E.

Joseph, Patrick

Kahn, Daniel S.

Kainen, Dennis

Koukios, James M.

Lewis, Guy A.

Martinez, Hon. Jose E.

McAliley, Hon. Chris M.

Moore, Karen E.

Montiero, Courtney

Mrazek, Nicola

Meyers, Kathryn

O'Sullivan, HO. John J.

Palermo, Hon. Peter R. (deceased)

Reid, Lisette M.

Richers, Amadeus

Rodriguez, Carlos

Rosado, Vivian

Rosen, Michael

Simonton, Hon. Andrea M.

Sloman, Jeffrey H.

Smachetti, Emily M.

Smith, II., Jan C.

Tein, Michael R.

Telecommunications D'Haiti, SA

Turnoff, Hon. William C.

Valiente, Lauren

Villafana, Anne Marie

Vereen, Roderick D.

Zurita, Cecilia

## PETITION FOR WRIT OF MANDAMUS

**Comes now**, Carlos Rodriguez ("Petitioner"), pro se, and pursuant to 28 U.S.C. § 1361, moves this Court to issue an order directing respondent judge to hear and decide petitioner's (1) 28 U.S.C. § 2255 motion, and (2) motion for release pending the court's determination of movant's 28 U.S.C. § 2255 motion, which were filed (15) months and (10) months ago, respectively, in the United States District Court, for the Southern District of Florida. In support of his petition, Petitioner shows the Court the following:

## FACTUAL BACKGROUND

On June 2, 2015, Petitioner filed a timely 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence, along with a Memorandum of Facts and Law, in support of his motion.(Case No. 1:15-cv-22093-JEM, U.S.D.C./ S.D. FLA.) This motion is still pending determination by the district court.

On November 4, 2015, Petitioner filed a Motion for Release Pending the Court's Resolution of Movant's 28 U.S.C. § 2255.

On January 29, 2016, the Magistrate Judge issued an Order denying Movant's Motion for Release, citing that Movant had noy demonstrated either (1) substantial constitutional violations, or (2) extraordinary circumstances.

On February 2, 2016, Petitioner filed a timely Notice of Appeal to the Magistrate Judge's determination. Petitioner also filed a Motion to Leave in forma pauperis, and a Motion to Appoint Counsel.

On March 31, 2016, Petitioner filed a Motion in Opposition to the Magistrate Judge's Order. He subsequently filed a Motion to Eleventh Circuit Court of Appeals to withdraw his appeal.

1

On May 25, 2016, the Eleventh Circuit Court of Appeals issued an Order of Dismissal of Movant's appeal. Then on May 26, 2016, the Eleventh Circuit Court of Appeals issued paperless orders denying (1) Movant's Motion for Leave to Appeal in forma pauperis, and (2) Movant's Motion to Appoint Counsel.

On July 8, 2016, Petitioner filed a Motion to Expedite Ruling on his Motion for Release Pending the Court's Resolution of Movant's 28 U.S.C. § 2255. Petitioner's Motion for Release is still pending determination by the district court.

## DISCUSSION

Mandamus is available "only in drastic situations, when no other adequate means are avilable to remedy a clear usurpation of power or abuse of discretion." **(Jackson v. Motel 6 Multipurpose, Inc., 130 F.3d 999, 1004 (11th Cir. 1997)(quotation omitted).** The petiioner has the burden of showing that he has no other avenue of relief, and that his right to relief is clear and indisputable. **(Mallard v. united States Dist. Court, 490 U.S. 296, 309, 109 S. Ct. 1814, 1822, 104 L. Ed. 2d 318 (1989).** An Appellate court may issue a writ of mandamus on the ground that undue delay is tantamount to a failure to exercise jurisdiction, and without actually issuing the writ, may order a district court not to defer adjudicating a case. **(Madden v. Myers, 102 F.3d 74, 79 (3d Cir. 1996); Johnson v. Rogers, 917 F.2d 1283, 1284 (10th Cir. 1990)(a 14-month delay in ruling on a § 2241 petition for no other reason than docket congestion was impermissible)**

The peremptory writ of mandamus has traditionally been used in federal courts to "confine an inferior court to a lawful exercise of its prescribed jurisdiction or to compel it to exer-

2

cise its authority to do so." **((Will v. United States, 389 U.S. 90, 95, 19 L. Ed. 2d 305, 88 S. Ct. 269 (1967), quoting Roche v. Evaporated Milk Ass'n, 319 U.S. 21, 26, 87 L. Ed. 1185, 63 S. Ct. 938 (1943).** Repeated decisions of the Supreme Court have established the rules that mandamus "will lie in a proper case to direct a subordinate Federal Court to decide a pending cause." **(Insurance Company v. Comstock, 83 U.S. 258, 270, 21 L. Ed. 493 (1872); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 352, 46 L. Ed. 2d 542, 96 S. Ct. 584 (1976): Will v. Calvert Fire Ins. Co., 437 U.S. 655, 662, 57 L. Ed. 2d 504, 98 S. Ct. 2552 (1978); State Farm Mut. Auto Ins. Co. v. Scholes, 601 F.2d 1151, 1154 (10th Cir. 1979))**.

Under the circumstances of this case, petitioner has established a clear and indisputable right to have his petition expeditiously heard and decided, and he has no alternative remedy.

Petitioner's 28 U.S.C. § 2255 motion has been pending determination by the district court for (15) months, while the Motion for Release Pending the Court's Resolution of Movant's 28 U.S.C. § 2255 has been pending determination for (10) months.

## CONCLUSION

Based on the foregoing, Petitioner moves this Court to grant his Petition for Writ of Mandamus, and respectfully requests that the Court issue an Order directing respondent judge to hear and decide petitioner's (1) 28 U.S.C. § 2255 motion, and/or (2) motion for release pending the court's determination of movant's 28 U.S.C, § 2255 motion.

3

Respectfully submitted on this 27th day of August, 2016.

_____
Carlos Rodriguez
REG# 82805-004
D. Ray James C.F.
P.O. Box 2000
Folkston, GA. 31537

4

## CERTIFICATE OF FILING

I certify that I filed the foregoing to the United States Court of Appeals, for the Eleventh Circuit, Clerk of Court, 56 Forsyth Street, N.W., Atlanta, GA. 30303, by utilizing the U.S. Postal Service, first class postage affixed on this 27th day of August, 2016.

_____
Carlos Rodriguez
REG# 82805-004
D. Ray James C.F.
P.O. Box 2000
Folkston, GA. 31537

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the Petition for Writ of Mandamus to the Honorable Jose E. Martinez, United States District Court, Southern District of Florida, 400 North Miami Ave., Miami, Fla. 33128, by utilizing the U.S. Postal Service, first class postage affixed on this 7th day of September, 2016.

_____
Carlos Rodriguez
REG#/82805-004
D. Ray James C.F.
P.O. Box 2000
Folkston, GA. 31537

Carlos Rodriguez
REG# 82805-004
D. Ray James C.F.
P.O. Box 2000
Folkston, GA. 31537

Legal Mail

USMS INSPECTED

JACKSONVILLE FL 320
06 SEP 2016 PM 4 L
RECEIVED

United States District Court
Southern District Court
Hon. Jose E. Martinez
400 North Miami Ave.
Miami, Fla. 33128

33128-180727

D. Ray James Prison
Hwy 252 • P.O. Box 2000 • Folkston, GA 31537

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."

ENTERED SEP 07 2016